JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

### Plaintiff(s):

**First Listed Plaintiff:**
Miguel Cedeño individually, and on behalf of all others similarly situated who consent to their inclusion in a Collective Action ;
**County of Residence:** Sarasota County

### Defendant(s):

**First Listed Defendant:**
Kona Grill, Inc. ;
**County of Residence:**
Outside This District

**Additional Defendants(s):**
Kona Macadamia, Inc. ;

**County Where Claim For Relief Arose:** Sarasota County

### Plaintiff's Attorney(s):

Esq. Nicholas J. Castellano, II ( Miguel Cedeño individually, and on behalf of all others similarly situated who consent to their inclusion in a Collective Action)
Buckman & Buckman, P.A.
2023 Constitution Blvd.
Sarasota, Florida 34231
Phone: 941-923-7700
Fax: 941-923-7736
Email: nick@buckmanandbuckman.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff: N/A
   Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** FLSA 29 U.S.C. § 201 et seq. FMLA 29 U.S.C. 2601 et seq.
**Requested in Complaint**
   Class Action: Not filed as a Class Action
   Monetary Demand (in Thousands):

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

# Signature: Nicholas J. Castellano, II

# Date: 04/27/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.